**Guy T. HELVERING, Commissioner of Internal Revenue, v. Daisy Christine PATTERSON, Executrix of the Estate of Frank H. Patterson, Deceased.**

No. 1794.

Circuit Court of Appeals, Tenth Circuit.

Oct. 18, 1938.

James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Albert F. Hillix, of Kansas City, Mo., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

**Clarence S. HOWE, Immigration Inspector in charge at Victoria, Texas, Appellant, v. Maria GONZALEZ, Alias Rangel, Alias Diaz, Appellee.**

No. 8796.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1938.

Douglas W. McGregor, U. S. Atty., and George P. Red, Asst. U. S. Atty., both of Houston, Tex., for appellant.

Eugene J. Wilson, of Bay City, Tex., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**Per Lee HUNT, Executor of the Estate of Anna S. Baldwin, Deceased, v. E. G. CHRISTEN, Receiver of the First National Bank of Massillon.**

No. 7523.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1938.

Day, Young & Veach, of Cleveland, Ohio, Franklin L. Maier, of Massillon, Ohio, and Wm. R. Day, of Cleveland, Ohio, for appellant.

Kenneth B. Cope and Lynch, Day, Pontius & Lynch, all of Canton, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that this appeal be and the same is dismissed pursuant to stipulation of counsel.